1  McGREGOR W. SCOTT
   United States Attorney
2  MELANIE L. ALSWORTH
   LAUREL J. MONTOYA
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

FILED
APR 05 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　v.

ERIC HERNANDEZ,
SHEENA TAYLOR, AND
ROBERT ARELLANO,

　　　　　　　Defendants.

CASE NO. 1:18 CR - 0 0 0 7 5 LJO SKO

MOTION AND PROPOSED ORDER TO SEAL INDICTMENT

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 5, 2018, charging the above defendants with a violation of 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances (Methamphetamine, Heroin, Cocaine), be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrant issued

///

///

Motion to Seal Indictment　　　　　　　　　　　　　1

1 | pursuant thereto, except when necessary for the issuance and execution of the warrant.

2 | DATED: April 5, 2018                    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By     /s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: April 5, 2018

_____
BARBARA A. McAULIFFE
U.S. Magistrate Judge