MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

SEALED

FILED
APR 12 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00075-LJO-SKO |
| Plaintiff, | **UNDER SEAL** |
| v. | ORDER UNSEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| ERIC HERNANDEZ, SHEENA TAYLOR, AND ROBERT ARELLANO, | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to unsel redacted indictment,

IT IS HEREBY ORDERED that the government's Indictment remain SEALED and Government's Request to Seal and this Order shall be SEALED until further order of this Court.

IT IS FURTHER ORDERED that defendant Eric Hernandez' name be removed from the docket.

IT IS FURTHER ORDERED that defendant Eric Hernandez' Arrest Warrant remain SEALED.

IT IS FURTHER ORDERED that the redacted Indictment be filed in this matter.

IT IS FURTHER ORDERED that access to the sealed documents shall be limited to the government and counsel for the defendants Taylor and Arellano.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

the Government's request, sealing the Complaint serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the Government's Indictment that would adequately protect the compelling interests identified by the Government.

Dated: April 11, 2018

THE HONORABLE ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE