JOHN F. GARLAND #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant,
SHEENA TAYLOR

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHEENA TAYLOR,<br><br>Defendant. | Case No. 1:18-CR-00075 LJO-BAM<br><br>**ORDER CLARIFYING CASH BOND POSTED ON BEHALF OF DEFENDANT SHEENA TAYLOR** |

## BACKGROUND

On April 17, 2018 defendant SHEENA TAYLOR appeared at the detention hearing in the instant case before the Honorable Erica P. Grosjean United States Magistrate Judge at which hearing the Court ordered the release of Sheena Taylor, setting conditions of pretrial supervision and a $1,800.00 cash bond. [Docs. 17-18] Immediately preceding the detention hearing in the instant case, the detention hearing for Sheena Taylor in the related case, number 1:18-CR-00076 LJO-BAM was held. The Court ordered the release of Sheena Taylor, setting identical conditions of pretrial supervision and a $1,800.00 cash bond. [Docs. 44, 47] The

Court further ordered Sheena Taylor's release from custody, on both cases, be delayed until the following day, April 18, 2018 at 8:00 am.

On April 17, 2018 the $1,800.00 cash bond was posted as to Sheena Taylor in case number 1:18-CR-00076 LJO-BAM. [Doc. 39] On April 18, 2018 Sheena Taylor was released from custody in both cases on the conditions set forth above.

On May 1, 2018 counsel for Sheena Taylor was notified by the Courtroom Deputy Clerk for the Honorable Erica P. Grosjean that the $1,800.00 cash bond posted in the instant case should be divided equally between the instant case and case number 1:18-CR-00076 LJO-BAM. Therefore, $**900.00** of the cash bond posted in case number 1:18-CR-00076 LJO-BAM should be applied to case number **1:18-CR-00076 LJO-BAM** and $**900.00** of the cash bond posted in the case number 1:18-CR-00076 LJO-BAM should be applied to case number **1:18-CR-00075 LJO-BAM**.

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the $1,800.00 cash bond posted as to Sheena Taylor in case number 1:18-CR-00076 LJO-BAM [Doc. 39] shall be applied $**900.00** to case number **1:18-CR-00076 LJO-BAM** and $**900.00** to case number **1:18-CR-00075 LJO-BAM**.

IT IS SO ORDERED.

Dated: **May 7, 2018**           /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE