McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ERIC HERNANDEZ, et al.,<br><br>                Defendants. | CASE NO. 1:18-CR-00075-LJO-BAM<br><br>CASE NO. 1:18-CR-00076-LJO-BAM<br><br><br><br>GOVERNMENT'S REQUEST FOR AN EXTENSION OF PREVIOUSLY IMPOSED DEADLINES; ORDER |
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ALECIA TRAPPS, et al.,<br><br>                Defendants. | |

**I.    GOVERNMENT'S REQUEST FOR EXTENSION OF DEADLINES**

    **A.    Deadlines for Discovery and Plea Offers**

    1.    At the long term scheduling conference held on August 29, 2018, the Court set December 31, 2018 as the deadline for providing all discovery and making plea offers to defendants.

    2.    The government is seeking an extension of this date to February 15, 2019 and the defendants' response to the plea offers to April 1, 2019 based on unforeseen circumstances that have

affected the government's ability to comply with the dates currently set.

3. To date, the government has produced approximately 13,652 pages of discovery including wiretap evidence.

B. **Reasons for the Government's Request**

4. Assistant U.S. Attorney Melanie L. Alsworth is the lead counsel in the matters before the Court and has been handling the discovery review. I am co-counsel in this matter. A family medical emergency involving a close family member arose that has required her prolonged absences from the office since mid-November 2018 since then as her family resides out of state. AUSA Alsworth reviewed a substantial amount of discovery for production before having to leave the office. This review cannot be completed remotely. The nature of the medical situation and her absences have affected the time she has been able to devote to the review and production of the remaining discovery in this matter. She is currently out of the office and her return date is undetermined.

5. Upon my return to the office on December 20, 2018, I have undertaken the additional discovery review in order to comply with the discovery deadline. On December 22, 2018, a medical emergency involving a close family member of mine arose. While at this time the situation appears to have stabilized, I may be required to be out of the office should that change.

6. AUSA Alsworth and I have reviewed and submitted for production 2,000+ pages of additional discovery. It is anticipated that this additional discovery will be ready for dissemination on or about December 31, 2018. While it is believed that all the discovery has been provided to the USAO, the government is requesting additional time to confirm that all discovery has been provided and processed.

7. Upon leaving the state in early December, AUSA Alsworth planned to work remotely and draft plea offers for the defendants in order to meet the December 31, 2018 deadline. AUSA Alsworth, due to the nature of the family medical situation, has been unable to work on this task.

8. The government is seeking additional time to prepare and send out plea offers for the reasons set forth above. I have upcoming time sensitive matters scheduled now and into January 2019 but I believe at this time that AUSA Alsworth and I can comply by the requested dates.

9. Additional information concerning the nature of the family medical issues will be

provided to the court should the court need this information in order to rule on this request.

      10.    I sent all counsel an email on December 24, 2018 notifying them of the situation and the government's intent to request an extension.  While not all counsel have responded, presumably due to the holidays, the responses received to date have been that there is no objection to a request for an extension of time.

Dated:  December 27, 2018

McGREGOR W. SCOTT
United States Attorney

By:  /s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

McGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00075-LJO-BAM |
| --- | --- |
| Plaintiff, | CASE NO. 1:18-CR-00076-LJO-BAM |
| v. | |
| ERIC HERNANDEZ, et al., | |
| Defendants. | |
| | ORDER |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| ALECIA TRAPPS, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, the government shall have until February 15, 2019 to provide all discovery and plea offers. The defendants shall have until April 1, 2019 to respond to the plea offers. Other dates not modified by the Order remain in effect.

IT IS SO ORDERED.

Dated: __December 27, 2018__         __/s/ Lawrence J. O'Neill__
                                     UNITED STATES CHIEF DISTRICT JUDGE

MOTION FOR EXTENSION OF DEADLINES; PROPOSED ORDER

4