HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN HOPKINS, CA Bar #294141
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ALECIA TRAPPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALECIA TRAPPS et al,<br><br>Defendant. | Case No. 1:18-cr-00076-LJO-BAM<br>                1:18-cr-00075-LJO-BAM<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE AND TO CONTINUE TRIAL DATE;  ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the briefing schedule and hearing date currently set in Case No. 1:18-cr-00076-LJO-BAM and 1:18-cr-00075-LJO-BAM be modified as follows:

Defendant's Motion shall be filed by May 31, 2019.

Oppositions shall be filed by June 21, 2019.

Defendant's Reply shall be filed by July 5, 2019.

Hearing to be held on July 15, 2019, at 10:00 a.m.

It is further stipulated that the trial currently scheduled to begin on September 24, 2019 at 8:30 a.m. shall be continued to October 1, 2019 at 8:30 a.m. or such later date as the Court may be available.

The requested continuance regarding the briefing schedule is with the intention of conserving time and resources for both parties and the court. The parties have been delayed in

1 reviewing discovery and conducting investigation as a result of the volume of discovery and the manner in which discovery was organized by the law enforcement agencies involved. The requested continuance of the trial date is to accommodate government counsel's schedule.

The parties agree that the delay resulting from the continuance shall be excluded until July 15, 2019, in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendants in a speedy trial.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: March 1, 2019     By:   */s/ Melanie Alsworth*
MELANIE ALSWORTH
LAUREL MONTOYA
Assistant United States Attorneys
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: March 1, 2019     By:   */s/ Megan Hopkins*
MEGAN HOPKINS
Assistant Federal Defender
Attorney for Defendant
ALECIA TRAPPS

Dated: March 1, 2019           */s/ Kirk McAllister*
Attorney for Joseph Vasquez, Jr.

Dated: March 1, 2019           */s/ Richard Oberto*
Attorney for Ernest Westley

Dated: March 1, 2019           */s/ Jeffrey Hammerschmidt*
Attorney for Carmen Conejo

Dated: March 1, 2019           */s/ Harry Drandell*
Attorney for Eric Hernandez

Dated: March 1, 2019           */s/ Amanda K. Moran*
Attorney for Sheena Taylor

Dated: March 1, 2019                    */s/ Mark Coleman*
                                        Attorney for Jimmy Brantley

Dated: March 1, 2019                    */s/ Virna Santos*
                                        Attorney for Roberto Arellano

## **ORDER**

The Court hereby grants the parties' request to modify the briefing schedule in the above-captioned matter as set forth in the above Stipulation. It is further ordered that the trial is continued to October 1, 2019 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **March 1, 2019**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE