MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00075-LJO |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT; ORDER [FED. R. CRIM. PROC. 48(a)] |
| v. | |
| SHEENA TAYLOR, | |
| Defendant. | |

Comes now the United States, by and through its attorneys of record, MCGREGOR W. SCOTT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Indictment in this case as to the above-named defendant in the interest of justice pursuant to the plea agreement in 1:18-cr-00076.

Dated: October 23, 2019         MCGREGOR W. SCOTT
                                United States Attorney

                          By:   /s/ LAUREL J. MONTOYA
                                LAUREL J. MONTOYA
                                Assistant United States Attorney

///
///
///

MOTION TO DISMISS INDICTMENT; ORDER                 1

**ORDER**

The Indictment is dismissed as to defendant TAYLOR.

IT IS SO ORDERED.

Dated: __October 28, 2019__         _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE