**FILED**
Mar 23, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, | Case No. 1:18-cr-00075-JLT-BAM |
| Plaintiff, | **ORDER EXONERATING BOND** |
| v. | **Re MOTION FOR RETURN OF FUNDS** |
| SHEENA TAYLOR, | **(Doc. 102)** |
| Defendant. | |

On April 7, 2018, a cash bond in the amount of $900.00 was posted by Arniece Leavell, receipt no. CAE100038828 on behalf of the above defendant. The bond is hereby ordered exonerated and shall be refunded to Arniece Leavell, at 14933 Western Avenue, San Leandro, CA 94578 in the amount of $900.00.

IT IS SO ORDERED.

DATED: 3/23/22

BARBARA A. McAULIFFE
United States Magistrate Judge

1